**KIM, CHO & LIM, LLC**
Seoung Y. Lim Esq. (SL4581)
460 Bergen Boulevard, Suite 305
Palisades Park, NJ 07650
Tel: (201) 585-7400
Fax: (201) 585-7422
*Attorneys for Plaintiff*
joshualim@kcllawfirm.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIN YONG SHIN,<br><br>                          Plaintiff,<br><br>         -against-<br><br>SO GONG DONG OF PALISADES PARK, INC. d/b/a SO GONG DONG RESTAURANT, SO GONG DONG AMERICA, INC., JUNGRAE PARK, YOUNG IL KIM, and JOHN DOES 1-10,<br><br>                          Defendants. | Case No.: 2:17-00848<br><br>CIVIL ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)<br><br>ECF Case |

Plaintiff, JIN YONG SHIN, by and through his attorneys, Kim, Cho & Lim, LLC, hereby gives notice of its voluntary dismissal without prejudice as to all Defendants, pursuant to Rule 41(a)(1)(A)(i) as no responsive pleadings have been filed with the Court.

Dated: Palisades Park, NJ
       March 13, 2017

Respectfully submitted,

By: _____
KIM, CHO & LIM, LLC
Seoung Y. Lim, Esq.
*Attorneys for Plaintiff*

SO ORDERED: _____
DATED: 3-13-2017